UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOSEPH SHERESHEVSKY (formerly known as
Joseph Heller) and ELKA SHERESJEVSKY,

         Plaintiff(s),

    -against-
RAN NIZAN,
         Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK  )
                        S.S.:
COUNTY OF NEW YORK)

JUDGE KEENAN
Index No. 07 CIV. 9814

AFFIDAVIT OF SERVICE

      DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS., Inc., and is not a party to this action.

      That on the 6th day of December 2007, at approximately the time of 7:55 p.m., deponent attempted to serve a true copy of the **SUMMONS AND COMPLAINT PLAINTIFFS DEMAND JURY TRIAL** upon Ran Nizan at 609 Columbus Avenue, Apt. 18-R, New York, NY 10025. No answer was received when deponent the doorbell to apartment 18-R.

      That on the 8th day of December 2007, at approximately the time of 12:09 p.m., deponent again attempted to serve a true copy of the **SUMMONS AND COMPLAINT PLAINTIFFS DEMAND JURY TRIAL** upon Ran Nizan at 609 Columbus Avenue, Apt. 18-R, New York, NY 10025, again no answer was received when deponent the doorbell to apartment 18-R.

      That on the 11th day of December 2007, at approximately the time of 8:07 a.m., deponent again attempted to serve a true copy of the **SUMMONS AND COMPLAINT PLAINTIFFS DEMAND JURY TRIAL** upon Ran Nizan at 609 Columbus Avenue, Apt. 18-R, New York, NY 10025, again no answer was received when deponent the doorbell to apartment 18-R.

      That on the 17th day of December 2007, at approximately the time of 8:25 p.m., deponent again attempted to serve a true copy of the **SUMMONS AND COMPLAINT PLAINTIFFS DEMAND JURY TRIAL** upon Ran Nizan at 609 Columbus Avenue, Apt. 18-R,

New York, NY 10025, again no answer was received when deponent the bell and knocked on the door to apartment 18-R.

At that time, therefore, deponent served a true copy of the foregoing papers upon Ran Nizan by firmly affixing same conspicuously on the front door at that address.

That on the 18th day of December 2007, deponent served another copy of the foregoing upon Ran Nizan at 609 Columbus Avenue, Apt. 18-R, New York, NY 10025, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, . and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.


DARRYL A. GREEN #0866535

Sworn to before me this
21st day of December, 2007

NOTARY PUBLIC


HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010