AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 07 Civ. 09814

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defedant Ran Nizan

I certify that I am admitted to practice in this court.

| 6/10/2008 | *[signature: Peter Spett]* |
|---|---|
| Date | Signature |

| Peter M. Spett | PMS 1080 |
|---|---|
| Print Name | Bar Number |

235 West 56th St., Suite 31M
Address

| New York | New York | 10019 |
|---|---|---|
| City | State | Zip Code |

| (917) 715-3823 | (646) 895-7585 |
|---|---|
| Phone Number | Fax Number |