06/10/2008 13:34  6468957585    ABRAMSON LAW GROUP    FAX NO. 212-686-0010    PAGE 01/01
JUN/10/2008/TUE 13:25    ABRAMSON LAW GROUP    FAX NO. 212-686-0010    P. 002
06/18/2008 11:18  6468957585    PAGE 02/02

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH SHERESHEVSKY (formerly known as
Joseph Heller) and ELKA SHERESHEVSKY,

        Plaintiffs,

-against-

RAN NIZAN,

        Defendant.

07 Civ. 09814 (JFK)

STIPULATION

IT IS HEREBY stipulated between the undersigned counsel to all parties to this action as follows:

1. The time for defendant to answer, move or otherwise respond to plaintiffs' complaint shall be extended to and including June 27, 2008.

2. This stipulation may be executed with fax signatures.

Dated: June 10, 2008

THE ABRAMSON LAW GROUP, PLLC

By: _____
   Rhodrus P. Cohen (TPC 9045)

570 Lexington Avenue, 23rd Floor
New York, New York 10022
(212) 686-4401
tfcohen@dsalaw.net

Attorneys for Plaintiffs Joseph Shereshevsky
(formerly known as Joseph Heller) and Elka
Shereshevsky

LAW OFFICE OF PETER M. SPETT

By: _____
   Peter M. Spett (PMS 1080)

235 West 56th Street, Suite 31M
New York, New York 10019
(917) 715-3823
pspett@spettlaw.com

Attorneys for Defendant Ran Nizan

6/18/08

_____
John F. Keenan
       U.S.D.J.