AUG/22/2008/FRI 11:22    ABRAMSON LAW GROUP         FAX No. 212-686-6515         P.002

Keenan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JOSEPH SHERESHEVSKY (formerly      :     Index No. '07 Civ. 9814 (JFK)
known as Joseph Heller) and ELKA    :
SHERESHEVSKY,                       :
                                    :
            Plaintiffs,             :     STIPULATION OF DISCONTINUANCE
                                    :
    -against-                       :
                                    :
RAN NIZAN,                          :
                                    :
            Defendant.              :

IT IS HEREBY STIPULATED AND AGREED by the parties to this action by their undersigned attorneys that the Complaint in this action be dismissed without prejudice with each party to bear its own costs and attorneys' fees.

IT IS FURTHER STIPULATED AND AGREED that counterparts of this Stipulation transmitted by telephone facsimile shall have the same force as a counterpart bearing original signatures.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-2-08

AUG/22/2008/FRI 13:29    ABRAMSON LAW GROUP       FAX No. 212-686-6515         P. 003

IT IS FURTHER STIPULATED AND AGREED that either party may submit a counterpart of this Stipulation to the court for entry as an Order without further notice.

Dated: New York, New York
August 22, 2008

*[signature]*
Robert Frederic Martin
(RFM: 4513)
of counsel to
THE ABRAMSON LAW GROUP, PLLC
Attorneys for Plaintiffs
570 Lexington Avenue – 23rd floor
New York, New York 10022
(212) 686-4401

*[signature]*
Peter M. Spett
(PMS-1080)
OFFICE OF PETER M. SPETT
Attorney for Defendant
235 West 56th Street – Suite 31M
New York, New York 10019
(917) 715-3823

SO ORDERED:

*[signature]* John F. Keenan
Dated: 9/1/08 , 2008

2